# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SEAN BROWN JR., <br><br> Petitioner, <br><br> v. <br><br> JOE SULLIVAN, <br><br> Respondent. | Case No. CV 17-1918 SJO (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 |     IT IS ORDERED that Judgment be entered denying the petition and
2 | dismissing this action with prejudice.
3 |
4 |                     *S. James Otero*
5 | DATE: June 7, 2019.        _____
6 |                                 HON. S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE